792 A.2d 591

OFFICE OF DISCIPLINARY COUNSEL, Petitioner,

v.

Daniel G. EHRGOOD, Respondent.

Nos. 722 Disciplinary Docket No. 3, 113 DB 2000.

Supreme Court of Pennsylvania.

Feb. 14, 2002.

## ORDER

PER CURIAM.

AND NOW, this **14th** day of **February, 2002,** upon consideration of the Report and Recommendations of the Disciplinary Board dated December 18, 2001, it is hereby

ORDERED that DANIEL G. EHRGOOD, be and he is SUSPENDED from the Bar of this Commonwealth for a period of one (1) year and one (1) day and he shall comply with all the provisions of Rule 217 Pa.R.D.E.

It is further ORDERED that respondent shall pay costs to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.